# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-292
LT Case No. 16-2015-CF-6176

_____

PERCY WILSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville,
for Appellant.

Ashley Moody, Attorney General, and Damaris E. Reynolds,
Assistant Attorney General, Tallahassee, for Appellee.

December 12, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., EISNAUGLE, and HARRIS, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————